PROB 49

10cr804

Waiver of Hearing
to Modify Conditions of Supervised Release

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2020

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

P# 59184

I, Jose Cintron, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant's term of supervised release which is due to expire on January 28, 2020, will be extended until May 6, 2020.**

* The defendant shall participate in therapeutic counseling by a licensed therapist twice monthly.

Witness: _____
U.S. Probation Officer

Signed: _Jose Cint_____
Supervised Releasee

_Larren Riley_
Printed Name of Witness

Jose Cintron
Printed name of Supervised Releasee

Date: January 28, 2020

So Ordered
Richard M. Berman, USDJ
1/28/2020